**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BELLA HOMES, LLC, | ) | Case No.: 2:12-cv-00068-GMN-CWH |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| RECONTRUST COMPANY, N.A.; | ) | |
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is Plaintiff Bella Homes, LLC's Notice of Voluntary Dismissal (ECF No. 7).

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED with prejudice**. The Clerk of the Court is directed to close this case.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss (ECF No. 6) is **DENIED as moot**.

DATED this 6th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge